IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SHAWN L. THOMAS          :

   Plaintiff,            :

v.                       :     CIVIL ACTION NO. S-02-2714

DENNIS WARD              :

   Defendant.            :

## ORDER

On August 26, 2002 this Court ordered Plaintiff to complete a United States Marshal (USM) Form 285 for the named Defendant in order to assist the Court in obtaining service of process. (*See* Paper No. 3.) Plaintiff was cautioned that his failure to timely return the completed USM Form 285 might result in dismissal of his claims against the named Defendant. Plaintiff has failed to submit to the Clerk of the Court the completed form for processing within the time allowed. Consequently, the undersigned concludes that the instant action shall be dismissed for Plaintiff's failure to comply with the Order of the Court.

Accordingly, IT IS this ___ day of _____, 2002, ORDERED that:

1. Plaintiff's complaint against Defendant **IS DISMISSED WITHOUT PREJUDICE** for failing to comply with the Court's August 26, 2002 Order;

2. the Clerk of Court **CLOSE** this case; and

3. the Clerk of the Court **MAIL** a copy of this Order to Plaintiff.

                                              FREDERIC N. SMALKIN
                                              CHIEF UNITED STATES DISTRICT JUDGE